**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARLOW RESPIRATORY HOSPITAL; PIH HEALTH GOOD SAMARITAN HOSPITAL; PROVIDENCE HOLY CROSS MEDICAL CENTER; HOSPITAL ASSOCIATION OF SOUTHERN CALIFORNIA, an Incorporated California Nonprofit Membership Association; and CALIFORNIA HOSPITAL ASSOCIATION, an Incorporated California Nonprofit Membership Association,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF LOS ANGELES; OFFICE OF WAGE STANDARDS FOR THE CITY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of Los Angeles; and DOES 1-20,<br><br>    Defendants. | CASE NO. 2:22-CV-04828-JLS-GJS<br><br>**ORDER GRANTING IN PART JOINT STIPULATION TO EXPEDITE CONSIDERATION OF MOTION FOR PRELIMINARY INJUNCTION (Doc. 19)** |

On July 16, 2022, the Parties filed a Joint Stipulation to Expedite Consideration of Motion for Preliminary Injunction (Doc. 19.) The Court, having considered the Joint Stipulation and finding good cause therefor, hereby GRANTS IN PART the stipulation. The parties' proposed briefing schedule does not give the Court sufficient time to consider the parties' briefing. Accordingly, the Court modifies the briefing schedule as follows:

1. Defendants file any opposition to the Motion for Preliminary Injunction by Monday, July 25, 2022;

2. Plaintiffs file any reply in support of their Motion for Preliminary Injunction by Friday, July 29, 2022;

3. The hearing on the Motion for Preliminary Injunction is set for Friday, August 5, 2022, at 10:30 a.m.; and

4. This resolves and renders moot Plaintiffs' *ex parte* motion to expedite consideration of the motion for preliminary injunction (Doc. 18).

IT IS SO ORDERED.

DATED: July 19, 2022

**JOSEPHINE L. STATON**
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE