GIBSON, DUNN & CRUTCHER LLP
MAURICE SUH, SBN 147485
  msuh@gibsondunn.com
JEREMY S. SMITH, SBN 283812
  jssmith@gibsondunn.com
ANDREW M. KASABIAN, SBN 313210
  akasabian@gibsondunn.com
PATRICK J. FUSTER, SBN 326789
  pfuster@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

BELL, MCANDREWS & HILTACHK LLP
THOMAS W. HILTACHK, SBN 131215
  tomh@bmhlaw.com
BRIAN T. HILDRETH, SBN 214131
  bhildreth@bmhlaw.com
PAUL T. GOUGH, SBN 75502
  pgough@bmhlaw.com
455 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:   916.442.7757
Facsimile:    916.442.7759

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARLOW RESPIRATORY HOSPITAL; PIH HEALTH GOOD SAMARITAN HOSPITAL; PROVIDENCE HOLY CROSS MEDICAL CENTER; HOSPITAL ASSOCIATION OF SOUTHERN CALIFORNIA, an Incorporated California Nonprofit Membership Association; and CALIFORNIA HOSPITAL ASSOCIATION, an Incorporated California Nonprofit Membership Association,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICE OF WAGE STANDARDS FOR THE CITY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of Los Angeles; and DOES 1-20,<br><br>Defendants. | CASE NO.  2:22-CV-04828-JLS-GJS<br><br>**JOINT STATUS UPDATE ON REFENDARY PETITION AND REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Josephine L. Staton<br><br>**[Fed. R. Civ. P. 65]**<br><br>Hearing Date:  August 26, 2022<br>Time:  10:30 a.m.<br>Place:  Courtroom 8A<br>Judge:  Hon. Josephine L. Staton |

On August 2, 2022, Plaintiffs Barlow Respiratory Hospital, PIH Health Good Samaritan Hospital, Providence Holy Cross Medical Center, Hospital Association of Southern California, and California Hospital Association ("Plaintiffs") and Defendants City of Los Angeles[1] and Eric Garcetti ("Defendants," and with Plaintiffs, the "Parties") stipulated to continue the hearing on Plaintiffs' Motion for Preliminary Injunction in light of developments regarding the referendary petition for Los Angeles Ordinance No. 187566. Dkt. 30. On August 3, 2022, this Court granted the stipulation, rescheduling the hearing for August 26, 2022, at 10:30 a.m., and ordering the Parties to provide updates on "any developments that affect the need to hear the matter, or that may justify a continuance of the hearing." Dkt. 31.

The Parties submit the following update: On August 10, 2022, the City Clerk issued a Conditional Acceptance of Filing receipt for the referendary petition against the Ordinance. That receipt is attached as **Exhibit A**. The news release, dated August 11, 2022, from the Office of the City Clerk relating to the receipt is attached as **Exhibit B**. The Conditional Acceptance documents the date the referendary petition was filed and the total number of signatures the proponents claim are affixed to the referendary petition. *See* Los Angeles City Election Code § 716(a). The next steps in the process, as mandated by the Los Angeles City Election Code, are anticipated to take between four to six weeks to complete during which time the Ordinance remains suspended.

Specifically, the City Clerk first conducts an initial review to determine if the total number of signatures on the referendary petition equals or exceeds the total number required, and all the Circulator Affidavits have been completed and fully executed. *Id.* § 716(b). The City Clerk may also request the proponents of the petition to correct minor clerical errors within two business days. *Id.* It is anticipated that the initial review process will take about two to three weeks. If there are sufficient signatures, the City Clerk will issue a Final Acceptance of Filing receipt, and then proceed to the signature

---

[1] The City of Los Angeles contends that the Office of Wage Standards for the City of Los Angeles is not a separate legal entity.

examination phase. *Id.* § 716(c).  The Parties will promptly update the Court as soon as the City Clerk releases the outcome of its initial review and/or issues a Final Acceptance of Filing receipt.

During the signature examination phase, the City Clerk either verifies all the signatures to the referendary petition within 30 days after issuing the Final Acceptance of Filing receipt, *id.* § 717(a), or conducts a random sampling review to verify the signatures within 15 days after issuing the Final Acceptance of Filing receipt, *id.* § 717(b).  If sufficient, the Ordinance will remain suspended until approved by the voters at an election; if insufficient, the Ordinance will take immediate effect upon the certification.  *See* Los Angeles City Charter § 461(c).

Based on the current status, and the anticipated time it will take for the process to be completed under City law, the parties request the hearing on Plaintiffs' Motion for Preliminary Injunction be continued from August 26, 2022, to September 16, 2022, at 10:30 a.m.  The Parties will promptly notify the Court of any developments that would necessitate a change or cancellation of that hearing date.

Dated: August 16, 2022　　　　　Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Maurice Suh*
　　　　Maurice Suh

Attorneys for Plaintiff California Hospital Association

BELL, MCANDREWS & HILTACHK, LLP

By: */s/ Thomas W. Hiltachk*
　　　　Thomas W. Hiltachk

Attorneys for Plaintiffs Barlow Respiratory Hospital; PIH Health Good Samaritan Hospital; Providence Holy Cross Medical Center; Hospital Association of Southern California

LOS ANGELES CITY ATTORNEY'S OFFICE

By: */s/ Arlene N. Hoang*
　　　　Arlene N. Hoang

Attorneys for Defendants City of Los Angeles, also erroneously sued as the Office of Wage Standards for the City of Los Angeles, and Eric Garcetti.

# ECF ATTESTATION

I, Maurice Suh, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: August 16, 2022

                                            */s/ Maurice Suh*
                                              Maurice Suh

# Exhibit A

HOLLY L. WOLCOTT
CITY CLERK

PETTY F. SANTOS
EXECUTIVE OFFICER

# CITY OF LOS ANGELES
## CALIFORNIA



ERIC GARCETTI
MAYOR

OFFICE OF THE
CITY CLERK
ELECTION DIVISION

SPACE 300
555 RAMIREZ STREET
LOS ANGELES, CA 90012
(213) 978-0444
FAX: (213) 978-0376

JINNY PAK
DIVISION MANAGER

clerk.lacity.org

August 10, 2022

Peter Leoni
455 Capitol Mall, Suite 600
Sacramento, CA 95814
pleoni@bmhlaw.com

SUBJECT: Referendum Against Ordinance No. 187566 Passed by the City Council – Petition Conditional Acceptance of Filing Receipt

Dear Mr. Leoni,

This Conditional Acceptance of Filing receipt is for a referendum petition that was filed in this office on August 10, 2022, titled Referendum Against Ordinance No. 187566 Passed by the City Council. This petition is purported by the sponsors to contain:

- approximately 14,642 sections,
- approximately 88,387 signatures,
- contained within 37 boxes.

In addition, please be advised that our office received signature withdrawal requests from a total of 1,042 individuals.

If you have any questions, please contact us at (213) 978-0444.

Sincerely,

Jinny Pak, Chief
Election Division

AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Exhibit A
Page 7

# Exhibit B

**City of Los Angeles** | **Holly L. Wolcott** | **Jinny Pak**
Office of the City Clerk | City Clerk | Election Division Chief

# NEWS RELEASE



| | |
|---|---|
| FOR IMMEDIATE RELEASE | FOR MEDIA INQUIRIES: |
| August 11, 2022 | (213) 978-0444 / natsuda.somboonkit@lacity.org |

**REFERENDUM AGAINST ORDINANCE NO. 187566 (HEALTHCARE WORKER MINIMUM WAGE)**

PETITION FILED WITH THE CITY CLERK

LOS ANGELES **(August 11, 2022)** — Los Angeles City Clerk Holly Wolcott announced today that the Referendum Petition Against Ordinance No. 187566 (Healthcare Worker Minimum Wage) was filed yesterday, August 10, 2022. The City Clerk's Office issued a Conditional Acceptance of Filing receipt and will conduct an initial review of the petition to determine that the total number of signatures equals or exceeds the total number required, and all Circulator Affidavits have been completed and fully executed before proceeding to the examination and verification process.

As a result of the filing of the referendum petition, Ordinance No. 187566 is suspended and will not take effect while the City Clerk's Office reviews the petition to determine if it contains a sufficient number of valid voter signatures. If the City Clerk determines that the referendum petition does not contain a sufficient number of signatures, the Clerk will issue a certificate of insufficiency and the Ordinance will take effect upon the date of the certificate. If the City Clerk determines that the referendum petition contains the requisite number of signatures, the Ordinance shall remain suspended and not take effect until it is adopted by the voters of the City.

The petition must contain the valid signatures of at least 40,717 qualified, registered voters of the City of Los Angeles to qualify the referendum.*

The Office of the City Clerk administers candidate filing for the City of Los Angeles and the Los Angeles Unified School District. More information can be found on the City Clerk's election website: https://clerk.lacity.org/elections or by contacting the Election Division at (213) 978-0444, or toll-free at (888) 873-1000 between 8:00 a.m. and 5:00 p.m., Monday through Friday.

*Per Charter Section 461(a), the number of signatures reflects 10% of total votes cast for all candidates for the Office of Mayor at the last election at which the Mayor was elected.

Exhibit B
Page 9