UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARLOW RESPIRATORY HOSPITAL; PIH HEALTH GOOD SAMARITAN HOSPITAL; PROVIDENCE HOLY CROSS MEDICAL CENTER; HOSPITAL ASSOCIATION OF SOUTHERN CALIFORNIA, an Incorporated California Nonprofit Membership Association; and CALIFORNIA HOSPITAL ASSOCIATION, an Incorporated California Nonprofit Membership Association,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICE OF WAGE STANDARDS FOR THE CITY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of Los Angeles; and DOES 1-20,<br><br>Defendants. | CASE NO. 2:22-CV-04828-JLS-GJS<br><br>**ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION TO SEPTEMBER 16, 2022, AT 10.30 A.M.** |

On August 16, 2022, Plaintiffs Barlow Respiratory Hospital, PIH Health Good Samaritan Hospital, Providence Holy Cross Medical Center, Hospital Association of Southern California, and California Hospital Association and Defendants City of Los Angeles and Eric Garcetti[1] (collectively, the "Parties") filed a joint stipulation to continue the hearing on Plaintiffs' Motion for Preliminary Injunction. (Doc. 32.) The Court, having considered the joint stipulation and finding good cause therefor, hereby continues the hearing on Plaintiffs' Motion for Preliminary Injunction and ORDERS as follows:

1. The hearing on Plaintiffs' Motion for Preliminary Injunction is continued to September 16, 2022, at 10:30 AM.

2. The Parties are to promptly notify the Court on any developments that would necessitate a change or cancellation of this hearing date.

IT IS SO ORDERED.

DATED: August 16, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

---

[1] The City of Los Angeles contends that the Office of Wage Standards for the City of Los Angeles is not a separate legal entity.