| | |
|---|---|
| 1 | MICHAEL N. FEUER, City Attorney (SBN 111529) |
| 2 | SCOTT MARCUS, Chief Assistant City Attorney (SBN 184980) |
| 3 | GABRIEL S. DERMER, Assistant City Attorney (SBN 229424) |
|   | **ARLENE N. HOANG, Deputy City Attorney (SBN 193395)** |
| 4 | **JOSEPH S. PERSOFF, Deputy City Attorney (SBN 307986)** |

200 North Main Street, City Hall East, Suite 675
Los Angeles, California 90012
Telephone: 213-978-7508
Facsimile: 213-978-7011
Email:  Arlene.Hoang@lacity.org;
  Joseph.Persoff@lacity.org

Attorneys for Defendants
CITY OF LOS ANGELES
(also erroneously sued as the Office of Wage Standards for the City of Los Angeles) and
ERIC GARCETTI, in his official capacity as Mayor of Los Angeles

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARLOW RESPIRATORY HOSPITAL, at al.;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICE OF WAGE STANDARDS FOR THE CITY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of Los Angeles; and DOES 1-20,<br><br>Defendants. | Case No. 2:22-CV-04828-JLS-GJS<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Complaint served: July 15, 2022**<br>**Current response date: Sept. 6, 2022**<br>**P.I. hearing date: Sept. 16, 2022**<br>**Proposed new response date: Oct. 6, 2022** |

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, Defendants City of Los Angeles (also erroneously sued and served as the Office of Wage Standards for the City of Los Angeles) and Eric Garcetti ("Defendants") were served with a copy of Plaintiffs' summons and Complaint on July 15, 2022;

WHEREAS, Plaintiffs' Motion for Preliminary Injunction was initially set for hearing on August 5, 2022, the same date Defendants' response to the Complaint was due;

WHEREAS, pursuant to Local Rule 8-3, the parties stipulated to extend the time for Defendants to respond to the Complaint for 30 days until September 6, 2022, due to the 30th day falling on Sunday, September 4, 2022, and the 31st day falling on Labor Day, September 5, 2022;

WHEREAS, a referendary petition was submitted to the Los Angeles City Clerk on August 10, 2022, and if the Clerk certifies the petition, Los Angeles Ordinance No. 187566, the constitutionality of which is the subject of this litigation, would not take effect unless adopted by voters at a future election;

WHEREAS, in light of the Los Angeles City Clerk's receipt of the referendary petition, the hearing on Plaintiffs' Motion for Preliminary Injunction was continued to September 16, 2022 (Dkt. 33);

WHEREAS, the result of the Los Angeles City Clerk's review of the referendary petition and the outcome of the hearing on Plaintiffs' Motion for Preliminary Injunction may impact the nature of Defendants' response to the Complaint, or even the need for one at all; therefore, continuing the deadline for Defendants' response to the Complaint would further the interests of judicial economy and avoiding the unnecessary expenditure of the Court's and the Parties' resources.

NOW THEREFORE, the Parties, through their respective counsel of record, stipulate that good cause supports continuing Defendants' deadline to respond to

1  Plaintiffs' Complaint and respectfully request the Court continue Defendants' deadline
2  to the respond to Plaintiffs' Complaint from September 6, 2022 to October 6, 2022.
3
4          It is so stipulated.
5  DATED: August 17, 2022          Respectfully submitted,
6                                  MICHAEL N. FEUER, City Attorney
7                                  SCOTT MARCUS, Chief Assistant City Attorney
                                   GABRIEL S. DERMER, Assistant City Attorney
8                                  **ARLENE N. HOANG, Deputy City Attorney**
                                   **JOSEPH S. PERSOFF, Deputy City Attorney**
9
10                                 By:  /s/ Joseph S. Persoff
                                   Joseph S. Persoff, Deputy City Attorney
11                                 Attorneys for Defendants
12
13 DATED: August 17, 2022          GIBSON, DUNN & CRUTCHER LLP
14
                                   By:  /s/ Maurice Suh
15                                 Maurice Suh
                                   Jeremy S. Smith
16                                 Andrew M. Kasabian
17                                 Patrick J. Fuster
                                   Attorneys for Plaintiff California Hospital Association
18
19 DATED: August 17, 2022          BELL, MCANDREWS & HILTACHK, LLP
20
                                   By:  /s/ Thomas W. Hiltachk
21                                 Thomas W. Hiltachk
22                                 Brian T. Hildreth
                                   Paul T. Gough
23                                 Attorneys for Plaintiffs Barlow Respiratory Hospital;
24                                 PIH Health Good Samaritan Hospital; Providence Holy
                                   Cross Medical Center; Hospital Association of Southern
25                                 California
26
27
28
                                        2
         SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

## ECF ATTESTATION

I, Joseph S. Persoff, attest pursuant to C.D. Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

DATED: August 17, 2022                              /s/ Joseph S. Persoff
                                                                    Joseph S. Persoff