1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
7          **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARLOW RESPIRATORY HOSPITAL, at al.;<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICE OF WAGE STANDARDS FOR THE CITY OF LOS ANGELES; ERIC GARCETTI, in his official capacity as Mayor of Los Angeles; and DOES 1-20,<br><br>    Defendants. | Case No. 2:22-CV-04828-JLS-GJS<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Doc. 34)** |

**ORDER**

Having reviewed the Parties' Second Stipulation to Extend Time to Respond to Complaint (Doc. 34) and finding that good cause supports the Parties' request to continue Defendants' deadline to respond to Plaintiffs' Complaint, Defendants' deadline to respond to Plaintiffs' Complaint is extended up to and including October 6, 2022.

**IT IS SO ORDERED.**

DATED: August 18, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE